IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHELLE WOODS                                                                                           PLAINTIFF

v.                                    Case No. 4:23-cv-04036

LITTLE RIVER COUNTY,
ARKANSAS; DEANNA SIVLEY                                                                       DEFENDANTS

## ORDER

The parties have notified the Court via telephone that this case has settled. Accordingly, the above styled cause is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 20th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge